# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 1/17/2025 |
| Case: 25–30045 | Form ID: OFRDI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     Marlene G. Weinstein     mgwtrustee@mgwtrustee.com

                                                                                                  TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jeffrey Lee Varnell     3747 Hamilton Way     Redwood City, CA 94062

                                                                                                  TOTAL: 1