# Notice Recipients

District/Off: 0971–3       User: admin       Date Created: 1/17/2025
Case: 25–30045             Form ID: 309A     Total: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db  | Jeffrey Lee Varnell | 3747 Hamilton Way | Redwood City, CA 94062 | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153 | San Francisco, CA 94102 |
| tr  | Marlene G. Weinstein | 1511 Sycamore Ave. #M–259 | Hercules, CA 94547 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |

TOTAL: 6