# Notice Recipients

District/Off: 0971−3     User: admin     Date Created: 1/21/2025
Case: 25−30045     Form ID: NOFI     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     Marlene G. Weinstein     mgwtrustee@mgwtrustee.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jeffrey Lee Varnell     3747 Hamilton Way     Redwood City, CA 94062

TOTAL: 1